UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FADHILA ABASS, AHMAD A. ABBAS, RAZAQ HUSSIN
ABID, ASAAD AHMAD, MAHMOOD AHMAD, ABRAHIM
AL ABOODY, YOUSIF AL AMEEDI, MEHSIN AL-BUSAID,
MOHAMMED AL-BUSAID-JWAD, EMAD AL-EDANI,
AHMED AL-FADAWI, HATTAB AL-FARTOUSI, FARIS
AL-GERAWY, ALAA AL-HAJAJ, HIAM AL-HAKIM,
MAJED AL-HAMADANI, MUNIM AL-HASSAN, ABDUL-
AMIR AL-HELU, AMADA AL-HILALI, RIYADHA AL-
HILALI, NAJAH AL-HINDAWY, AHMED AL-HUMADI,
WALAA AL-HUSSEINE, ATEEL AL-HUSSEINY,
SAADOUN AL-HUSSEINY, SALAH AL-HUSSEINY,
ZAYNAB AL-HUSSEINY, HASSAN AL HUSSEINY,
MUNTADAR AL MOUSAWI, AHMED AL-ABOUDY,
MOHAMMED AL-ALI, AMJED AL-ATWANI, TUAMA
AL-BADERY, ALI AL-BIDERY, HASSAN AL-BIDERY,
MOHAMMED AL-BIDERY, FEAKHRYA AL-BUSAID,
ZEID AL-HUSSEINY, ALAA AL-IDANI, SALAH AL-
JAFER, HAIDER AL-JIBORY, IMAD AL-JIBORY, JABER
AL-KARAWI, MARVIN AL-KHAFAJI, OASSIM AL-
KHAFNAWIZ, RATIP AL-KHALIDI, ALI AL-KUBA, ADIL
AL-KUBBA, THABIT AL-MANSSORI, MOHAMMED AL-
MASIH, ALI AL-MUSAWI, MAHMOUD AL-RASHED,
SATAR AL-RUBAI, RAAD AL-SHAMKHANI, JABBAR
AL-SHIBANI, HAIDAR AL-SHIMARY, MURAD AL-
SHIMERY, MOLUD AL-SORIFY, SADIK AL-TAMIMI,
KARAR AL-THWEJ, IBRAHIM AL-TWAINI, ISMAEL
AL-TWAINI, JIMY AL-UBEIDI, GHAZWAN AL-WISHAH,
FAISAL AL-ZERKAN, NAJEH ALABDULRESOOL,
SAMEER ALADILI, ARKAN ABBAS ALANOON, TAHIR
ALARAGY, ALI ALAWI, TUAMA ALBADERY, KADHIM
ALBAHIESH, SABRI HADI ALDAHAN, SAHAR ALDUJAILI,
MUNAF ALEISAWY, HUSSAIN ALFATLAWY, ALI
ALGHURABI, ABDALAMIR ALHAGAR, ABDULKAREM
ALHAMDAN, HAMED NOOR ALHASHIMI, HEISMAT
ALHASSAN, NABIL ALHILFI, RAHIM ALHISNAWI,
NATHAN ALJABIRY, SAAD ALJIBOURY, ABBAS
ALKHAFAGI, TALIB ALKHEKANI, HUSSAIN ALMAHDI,
AHMED ALMALEKY, JAFER ALMOOSAWI, ABDUL
ALMUSAWI, MOHAMMED ALQASSIR, KARRAR
ALRABIAH, MAJID ALRAYES, AHMED ALRUBAIEE,
HAIDAR ALSAIDI, RAHIM ALSHAMARY, SATTAR
ALSHIBAWI, ALI ALSHIBIL, RAHIM ALZERJAWI, AQEEL

Case No: 10-11837
Honorable David M. Lawson

**ORDER STRIKING
OBJECTIONS TO
MOTION FOR CLASS
CERTIFICATION**

ALZIRGANY, HOUSA ALZIRGHANI, ALI G. AWADI,
ADNAN BALLY, BRIANNA BORING, AHMAD FRADI,
ISSA J. FRADI, JOSEPH FRADI, KHADIJA FRADI,
MOHAMED FRADI, NADA FRADI, RAHEL FRADI, REDA
FRADI, BASHEER FTUNI, HASSAN HAMZA, FATIMA
HASSAN, HAIDAR HASSON, ANWAR HUSSAIN, HAMEED
HUSSAIN, NAZAR IBRAHIM, HATIF IMGOTER, NAJI
HATEM JASEM, ABDULRIDHQ JASSIAM, SAMIR HARBY
JASSIM, KAZEM JAWAD, JOE JOHNSON, WAEL KAREEM,
MALIK KHALSAN, HUSSEIN MAHDI, MAZIN MALALLEH,
FAYSAL MAZLOUM, IHSAN MIRZA, SHAKIR MOHAMAD,
HUSSEIN A. MOHAMMED, MOHAMMAD MOUSAWI,
RAED MUNAIM, FADHIL NASSIR, YUSRA RIDHA,
BATOOL SHAMIL, SAMAR SHAREIF, JOSEPH ABBOUD
SHORUTI, RIYADH ALI THRAHIM, AHMED TIMIMI,
WISSAM TIMIMI, MAZIN YOUSIF-DICKOW, MOHAMMED
AL-MASIH, AMJED AL-ATWANI, ARKAN ABBAS
ALANOON, MALIK KHALSAN, REDA FRADI, MOHAMED
FRADI, KHADIJA FRADI, JOSEPH FRADI, IHSAN MIRZA,
HAMED NOOR ALHASHIMI, MAJED AL-HAMADANI,
JOE JOHNSON, TUAMA AL-BADERY, HATTAB
AL-FARTOUSI, ADIL AL-KUBBA, ADNAN BALLY, ALAA
AL-IDANI, MARVIN AL-KHAFAJI, NADA FRADI, HUSSAIN
ALMAHDI, ALAA AL-HAJAJ, BRIANNA BORING, TAHIR
ALARAGY, HAIDAR ALSAIDI, YUSRA RIDHA, NATHAN
ALJABIRY, MURAD AL-SHIMERY, RAHIM ALZERJAWI,
AHMED ALMALEKY, ABDUL-AMIR AL-HELU, SABRI
HADI ALDAHAN, FARIS AL-GERAWY, MAHMOOD
AHMAD, ABRAHIM AL ABOODY, YOUSIF AL AMEEDI,
HASSAN AL HUSSEINY, MUNTADAR AL MOUSAWI,
HASSAN AL-BIDERY, MUNIM AL-HASSAN, AMADA
AL-HILALI, RIYADHA AL-HILALI, ALI AL-KUBA, ISMAEL
AL-TWAINI, TUAMA ALBADERY, ALI ALGHURABI,
HEISMAT ALHASSAN, RAHIM ALHISNAWI, SAAD
ALJIBOURY, AHMED ALRUBAIEE, RAHIM ALSHAMARY,
HOUSA ALZIRGHANI, HASSAN HAMZA, HAMEED
HUSSAIN, NAJI HATEM JASEM, SAMIR HARBY JASSIM,
SHAKIR MOHAMAD, AHMED TIMIMI

                Plaintiffs,

v.

ABDZHRA SHALUSHI, AHMED ALABADI, HUSSEIN
ALSAEDI, KATHUM AL-AUMARY, ABDUL KAREEM

FRADI, MAJED FRADI, KHALID AMEN, ABDULKARIM
ALKENANY, MOHSIN ALJEBORY, ABDULKHALIQ
ALMAHANNA, NAZEER TAJALDEEN, FADHIL ABBAS
BADIR ALZUAD, ALI ZWEIN, HAMEED ALZEYADY,
ALI ABBAS BADIR ALZUAD, HASSAN ZWEIN,
MOHSEN ALJABIRI, HUSSEIN ALJEBORI, ALI ABBAS
ALGHANEMY, MOHAMMED ALBIRAIHY, FATIMA
INTERNATIONAL, INC., ADAM TRADE GROUP,
FEDEK GROUP, INC., MUSTAFA ALSAFI, HADI ABUGLIL,
SHAKIR ALKADHUM, ADAM ATALLAH, LUTFI
ALRASHOUD, RAED AHMED, HAIDER ALSAYAGH,
REYATH MAGTER, IMAN ALKADHUMI, SAAD MISHIT,
JUMA ALBIDIARY, RIYADH ALIMGOTER ALHUSSAINY,
ALAA AL-YAAQUBI, MOHAMMED ALYASSERI, NAMEER
ALMUTHAFFER, THIA ALABADI, ALI ALSAYAD, FARES
SHARBAH, GHALEB ALMAJIDI, DHIA MOHAMMED
AL-GASID, ABID ALI AL-LOHAIBI, HASSAN KHARAIBIGH
AL-MAJIDI, MUNTATHAR ALI AL-MUSAWI, KHALIL
KHATHAIR AL-SHIMARY, AHMED AL-BADRY, IMAD
ALANI, AYOUB ALASADI, GHALEB ALBIDIARY, JASSIB
ALDIRAWI, NAJM ALETHARI, MUDHAR ALHASSAN,
MOHAMED ALHEMARY, ZEID MOHAMED ALHILALY,
MOHAMMED ABDULHASSAN ALHUSAINY, HAIDAR
ALJEHIHSI, FATHEL MOHAMMED ALJIBORI, ABDUL
ALKARIM, HASSAN ALMAJIDI, JAFER HAMZA
ALMOSAWY, MOTHER ALMOTHAFER, MUQDAD
HAMEED ALMUSAWI, RATIB ALI ALMUSAWI, TALIB
ALSAYAGH, KALIL ALSHIMARY, HASSAN
MOHAMMAD ALSHLAWI, AHLAM ALTIMIMI, MOHSIN
ALUGLAH, ANWAR NAZAR ALWASHAH, RAOD ABDUL
AMIR, SAID ALI IDRIS, ALSAYAKY JASSIM, KAMAL
ALBO SHAREEF, HAKIM AL-MUSAWI,

     Defendants.
_____/

**<u>ORDER STRIKING OBJECTIONS TO MOTION FOR CLASS CERTIFICATION</u>**

  On December 17, 2010, defendants Ahmed Alabadi and Fedek Group filed a document entitled "Objection to Motion for Class Certification." This document fails to comply with the requirement of the Local Rules that documents filed with the Court must be double-spaced, except

for quoted materials and footnotes. E.D. Mich. Local Rule 5.1(a). Because "[i]t is not up to the Court to expend its energies when the parties have not sufficiently expended their own," *Hasbro, Inc. v. Serafino*, 168 F.R.D. 99, 101 (D. Mass. 1996), the defendants' objections will be stricken from the record in this matter.

Accordingly, it is **ORDERED** that defendants Ahmed Alabadi and Fedek Group's objections to the motion for class certification [dkt. #212] shall be **STRICKEN** from the record.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: December 23, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 23, 2010.

s/Deborah R. Tofil
DEBORAH R. TOFIL