UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FADHILA ABASS, AHMAD A. ABBAS, RAZAQ HUSSIN
ABID, ASAAD AHMAD, MAHMOOD AHMAD, ABRAHIM
AL ABOODY, YOUSIF AL AMEEDI, MEHSIN AL-BUSAID,
MOHAMMED AL-BUSAID-JWAD, EMAD AL-EDANI,
AHMED AL-FADAWI, HATTAB AL-FARTOUSI, FARIS
AL-GERAWY, ALAA AL-HAJAJ, HIAM AL-HAKIM,
MAJED AL-HAMADANI, MUNIM AL-HASSAN, ABDUL-
AMIR AL-HELU, AMADA AL-HILALI, RIYADHA AL-
HILALI, NAJAH AL-HINDAWY, AHMED AL-HUMADI,
WALAA AL-HUSSEINE, ATEEL AL-HUSSEINY,
SAADOUN AL-HUSSEINY, SALAH AL-HUSSEINY,
ZAYNAB AL-HUSSEINY, HASSAN AL HUSSEINY,
MUNTADAR AL MOUSAWI, AHMED AL-ABOUDY,
MOHAMMED AL-ALI, AMJED AL-ATWANI, TUAMA
AL-BADERY, ALI AL-BIDERY, HASSAN AL-BIDERY,
MOHAMMED AL-BIDERY, FEAKHRYA AL-BUSAID,
ZEID AL-HUSSEINY, ALAA AL-IDANI, SALAH AL-
JAFER, HAIDAR AL-JIBORY, IMAD AL-JIBORY, JABER
AL-KARAWI, MARVIN AL-KHAFAJI, QASSIM AL-
KHAFNAWIZ, RATIP AL-KHALIDI, ALI AL-KUBA, ADIL
AL-KUBBA, THABIT AL-MANSSORI, MOHAMMED AL-
MASIH, ALI AL-MUSAWI, MAHMOUD AL-RASHED,
SATAR AL-RUBAI, RAAD AL-SHAMKHANI, JABBAR
AL-SHIBANI, HAIDAR AL-SHIMARY, MURAD AL-
SHIMERY, MOLUD AL-SORIFY, SADIK AL-TAMIMI,
KARAR AL-THWEJ, IBRAHIM AL-TWAINI, ISMAEL
AL-TWAINI, JIMY AL-UBEIDI, GHAZWAN AL-WISHAH,
FAISAL AL-ZERKAN, NAJEH ALABDULRESOOL,
SAMEER ALADILI, ARKAN ABBAS ALANOON, TAHIR
ALARAGY, ALI ALAWI, MOHAMMED AL-NASIH, KADHIM
ALBAHIESH, SABRI HADI ALDAHAN, SAHAR ALDUJAILI,
MUNAF ALEISAWY, HUSSAIN ALFATLAWY, ALI
ALGHURABI, ABDALAMIR ALHAGAR, ABDULKAREM
ALHAMDAN, HAMED NOOR ALHASHIMI, HEKMAT
ALHASSAN, NABIL ALHILFI, RAHIM ALHISNAWI,
NATHAN ALJABIRY, SAAD AL-JBOURY, ABBAS
ALKHAFAGI, TALIB ALKHEKANI, HUSSAIN ALMAHDI,
AHMED ALMALEKY, JAFER ALMOOSAWI, ABDUL
ALMUSAWI, MOHAMMED ALQASSIR, KARRAR
ALRABIAH, MAJID ALRAYES, AHMED ALRUBAIEE,
HAIDAR ALSAIDI, RAHIM ALSHAMARY, SATTAR
ALSHIBAWI, ALI ALSHIBIL, RAHIM ALZERJAWI, AQEEL

Case Number 10-11837
Honorable David M. Lawson
Magistrate Judge R. Steven
Whalen

**ORDER ADOPTING
MAGISTRATE JUDGE'S
REPORT AND
RECOMMENDATION
AND DENYING MOTION
TO SET ASIDE DEFAULT
JUDGMENT**

ALZIRGANY, HOUSA ALZIRGHANI, ALI G. AWADI, ADNAN BALLY, BRIANNA BORING, AHMAD FRADI, ISSA J. FRADI, JOSEPH FRADI, KHADIJA FRADI, MOHAMED FRADI, NADA FRADI, RAHEL FRADI, REDA FRADI, BASHEER FTUNI, HASSAN MUSA HAMZA, FATIMA HASSAN, HAIDAR HASSON, ANWAR HUSSAIN, HAMEED HUSSAIN, NAZAR IBRAHIM, HATIF IMGOTER, NAJI HATEM JASEM, ABDULRIDHQ JASSIAM, SAMIR HARBY JASSIM, KAZEM JAWAD, JOE JOHNSON, WAEL KAREEM, MALIK KHALSAN, HUSSEIN MAHDI, MAZIN MALALLEH, FAYSAL MAZLOUM, IHSAN MIRZA, SHAKIR MOHAMAD, HUSSEIN A. MOHAMMED, MOHAMMAD MOUSAWI, RAED MUNAIM, FADHIL NASSIR, YUSRA RIDHA, BATOOL SHAMIL, SAMAR SHAREIF, JOSEPH ABBOUD SHORUTI, RIYADH ALI IBRAHIM, AHMED TIMIMI, WISSAM TIMIMI, MAZIN YOUSIF-DICKOW, SAMY ALAMEEDI, KHALID ALJABERI, MOHAMMED ALSARRAF, HAIDER AL-SALAMI, AWS NASER, HASAN HUMADI, KHALDOON ALAHMEDI, THANNA AZAWI, RAID ALZIHAIRY, SATTAR AL-MAYALI, NAJI AL-SAIDI, NABIL AHMAD MUTLAK, AAED MUSA AL-KHAFAJI, SALIH ALMUHANA, FAHIL ALABUDI, HUSSAIN SHAKER, HAIDER AL-NASIR, MOHAMAD SOBOH, HABEEB AL-MAYAHI, SOUHAIL ABOOD, MOHAMMED ALI AHMAD, ALI AL SULTANI, HUSSAIN ALAAEDI, AMIR AL-MASHKUR, RASIM ALSAAID, BURHAN ABRAHAM, ALI KAREM, AHMED ALRUBAIEE, MAITHAM AL-JIBORY, HAIDER ALHASHIMI, NAMEEM ALRABIA, MOSTAFA BELKHALFIA, SADEEM ABOOD, ZUHAIR THARIS, MOHAMMED AL-AETIAJ, IHSAN SHIEKH, ADEL BAKER, STEVE HAKIM, SALEM ALDEJANNI, KADHUM ALABUDI, AMJAD ABBAS AHMAD, ALAA ALABUDI, JASON SHAREEF, AMMAR SULTAN, HASSAN HAMADEH, ABDULLAH HAMDI, BASSIM ALHAJAR, THAYER MALEK, MOHAMMED AL-ASADI, AHMED ALSHIMARY, KARAR ALSHIMARY, BASIM ALI, MONTATHER ALMOSWI, HAIDER ALSALMAN, FERAAS KARKHI, MOHAMMED MERZA, and GADER MIRZA,

                Plaintiffs,
v.

ABDZHRA SHALUSHI, AHMED ALABADI, MOHSIN ALJEBORY, ABDULKHALIQ ALMAHANNA, HASSAN

ZWEIN, MOHSEN ALJABIRI, FATIMA INTERNATIONAL,
INC., ADAM TRADE, GROUP, FEDEK GROUP, INC.,
SAAD MISHIT, ALAA AL-YAAQUBI, and FATHEL
MOHAMMED ALJIBORI,

                Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO SET ASIDE DEFAULT JUDGMENT

Presently before the Court is the report issued on March 14, 2013 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that this Court deny defendant Fadhel Mohammed Al-Jebori's motion to set aside default judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #685] is **ADOPTED**.

It is further **ORDERED** that defendant Fadhel Al-Jebori's motion to set aside default judgment [dkt. #456] is **DENIED**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated: March 31, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 31, 2013.

          s/Deborah R. Tofil
          DEBORAH R. TOFIL